United States District Court
Southern District of Texas
**ENTERED**
February 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAIL SCALE, INC., a Florida Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEIGHING TECHNOLOGIES, INC., d/b/a ) <br> WT RAIL, a Texas Corporation, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 4:21-cv-03698 <br><br> **JURY TRIAL DEMANDED** |

## (Proposed) FIFTH AMENDED SCHEDULING ORDER

It is hereby **ORDERED**, after consultation with the parties, that the following schedule will apply in this case:

| | **Current Dates** | **Agreed Proposed Dates** | |
|---|---|---|---|
| | January 26, 2022 (Passed) | | **Scheduling Conference** The parties held a Fed. Rule Civ. P. 26(f) conference on this date over video conference. |
| | February 4, 2022 (Passed) | | **Status Conference** The Court held a status conference on this date with all parties. |
| | March 4, 2022 (Passed) | | **Parties to make Fed. Rule Civ. P. 26(a)(1) Initial Disclosures** Except disclosure of asserted claims and preliminary infringement contentions as discussed below. |

| | | | |
|---|---|---|---|
| 1 | March 18, 2022 (Passed) | | **Comply with P.R. 3-1 and P.R. 3-2**: **Parties to make disclosure of asserted claims and preliminary infringement contentions.** *After this date,* it is necessary to obtain leave of court to add and/or amend infringement contentions, pursuant to Patent Rule (P.R.) 3-7. **Join additional parties.** It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court to join additional parties. **Add new patents and/or claims** for patents-in-suit. It is not necessary to file a motion to add additional patents or claims before this date. Thereafter, it is necessary to obtain leave of court to add patents or claims. |
| 2 | May 24, 2022 (Passed) | | Comply with P.R. 3-3 and 3-4: **Parties to serve preliminary invalidity contentions** and make document production. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to P.R.. 3-7. Add any **inequitable conduct allegations** to pleadings. Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations to pleadings. |
| 3 | September 15, 2022 (Passed) | | Comply with P.R. 4-1: **Parties' exchange of proposed terms and claim elements needing construction.** |
| 4 | November 1, 2022 (Passed) | | Comply with P.R. 4-2: **Parties' exchange of preliminary claim constructions and extrinsic evidence.** **Privilege Logs** to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| 5 | November 8, 2022 (Passed) | | Deadline to comply with P.R. 4-3: **Filing of joint claim construction and pre-hearing statement.** **Disclosure of parties' claim construction experts** & service of FED. R. CIV. P. 26(a)(2) materials |

| | | | |
|---|---|---|---|
| 6 | January 27, 2023 (Passed) | | **Deadline for all parties to file amended pleadings (pre-claim construction).** It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. (It will be necessary to file a Motion for Leave to Amend after this deadline.) <br> **NOTE:** If the amendment would affect preliminary infringement contentions or preliminary invalidity contentions, a motion must be made pursuant to P.R. 3-7 irrespective of whether the amendment is made prior to this deadline. |
| 7 | ~~February 6, 2023~~ *Not required* | ~~February 6, 2023~~ | Each party to provide name, address, phone number, and curriculum vitae for up to three (3) candidates for a **court-appointed special master** (*see* FED. R. CIV. P. 53) or **court-appointed expert** (*see* FED. R. EV. 706), with information regarding the nominee's availability for *Markman* hearing or other assignments as deemed necessary by the court. The parties shall indicate if they agree on any of the nominees. **(Only if court requests it --as amended by Judge Bray in previously signed order)** |
| 8 | February 6, 2023 | February 6, 2023 | Deadline for parties (optional) to provide Court with **written tutorials concerning technology involved in patent in issue.** If a special master or court-appointed expert is hereafter selected, the parties will provide each tutorial to the master or expert. |
| 9 | February 6, 2023 | February 6, 2023 | **Responses to amended pleadings due.** |
| 10 | February 6, 2023 | February 6, 2023 | **Discovery deadline on claim construction issues** (*see* P.R. 4-4) |
| 11 | February 3, 2023 | February 10, 2023 | Comply with P.R. 4-5(a): **the party claiming patent infringement** must serve and file a **Claim Construction Opening Brief** with its supporting evidence. The moving party is to provide the Court with 2 copies of the binders containing their Opening Brief and exhibits. If a special master or court-appointed expert has been appointed, the moving party must provide the Opening Brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert. |

3

| | | | |
|---|---|---|---|
| 12 | March 10, 2023 | March 17, 2023 | Comply with P.R. 4-5(b): **Responsive Brief and supporting evidence due <u>to</u> party claiming patent infringement.** The moving party is to provide the Court with two (2) courtesy copies of the Responsive Brief and exhibits. If a special master or court-appointed expert has been appointed, the nonmoving party must supply a copy of its Response on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert. |
| 13 | March 17, 2023 | March 24, 2023 | Comply with P.R. 4-5(c): **Party claiming infringement shall file a Reply Brief and supporting evidence on claim construction.** The moving party is to provide the Court with two (2) copies of the Reply Brief and exhibits.<br><br>If a special master or court-appointed expert has been appointed, the moving party must provide the Reply Brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert.<br><br>Parties to file a **notice** with the Court stating the **estimated amount of time** requested for the Claim Construction (*Markman*) Hearing. The Court will notify the parties if it is unable to accommodate this request. |
| 14 | February 17, 2023 | April 3, 2023 | Parties to submit **Claim Construction Chart** in WordPerfect 8.0 (or higher) format in compliance with P.R. 4-5(d). |
| 15 | April 28, 2023<br><br>(** This and Any Other Necessary Deadlines Pending Court Approval) | April 28, 2023<br><br>(** This and Any Other Necessary Deadlines Pending Court Approval) | **Claim Construction (Markman) Hearing at 10:00 a.m. – Location (live – hearing to be held in the courtroom) TBD** |
| 16 | July, 2023 | July, 2023 | **Court's Decision on Claim Construction** (*Markman* Ruling)<br>*(If ruling is late, parties may seek amendment of remaining dates in Scheduling Order.)* |
| | **TBD**** | **TBD**** | Status Conference (*subject to the Court's calendar)<br><br>**To be continued by Judge in accordance with schedule |

4

|    |                                                                                  |                                                                            |                                                                                                                                                                                                                                                                                                   |
|----|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | TBD**                                                                            | TBD**                                                                      | Submit remaining schedule for items set forth below.                                                                                                                                                                                                                                              |
| 17 | TBD                                                                              | TBD                                                                        | **Deadline for final infringement contentions and to amend pleadings on infringement claims** <br>NOTE: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final infringement contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 18 | TBD                                                                              | TBD                                                                        | **Deadline for final invalidity contentions and to amend pleadings on invalidity claims.** <br>NOTE: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final invalidity contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 19 | TBD                                                                              | TBD                                                                        | Comply with P.R.3-8. **All parties furnish documents and privilege logs pertaining to willful infringement.**                                                                                                                                                                                      |
| 20 | TBD                                                                              | TBD                                                                        | Date for **designation of expert witnesses on non-construction issues on which the party has the burden of proof ("BOP") and service of expert witness reports.** <br>[Refer to Fed. Rules of Civil Proc. for information required.]                                                              |
| 21 | TBD                                                                              | TBD                                                                        | Date for **designation of responsive expert witnesses on non-claim construction issues on which party does *not* have BOP, and service of responsive expert witness reports.** [Refer to Fed. Rules of Civil Proc. for information required.]                                                     |
| 22 | TBD                                                                              | TBD                                                                        | **Discovery Deadline on all issues.** <br><br>*(If ruling is late, parties may seek amendment of remaining dates in Scheduling Order.)*                                                                                                                                                           |
| 23 | Motions due: **TBD** <br><br>Responsive Briefs due: **TBD** <br><br>Reply Briefs due: **TBD** | Motions due: **TBD** <br><br>Responsive Briefs due: **TBD** <br><br>Reply Briefs due: **TBD** | **Dispositive and Non-Dispositive Motions and Briefing deadlines**                                                                                                                                                                                                                                |

5

Do NOT file discovery motions. Should a discovery issue arise, the parties shall file a joint statement not exceeding five pages describing the nature of the dispute. A hearing will be set shortly after the statement is filed.

SIGNED on this __2__ day of __Feb.__, 2023.

_____ U.S.M.J.
The Honorable Peter J. Bray
~~UNITED STATES DISTRICT JUDGE~~