UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Rail Scale, Inc.

v.                                                                    Case Number: 4:21−cv−03698

Weighing Technologies, Inc.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**   by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 2/15/2023

**TIME:** 10:15 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Modify − #72

Date:   February 8, 2023

Nathan Ochsner, Clerk